DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEALMOS JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1057

[July 19, 2018]

Appeal of order denying rule 3.800 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 561999CF000377A.

Dealmos Johnson, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***